# EXHIBIT A

# Technical Update and Conceptual Path Forward - 2020

Northrop Grumman Missions Systems
Former Litton Systems Facility
Springfield, Missouri

Presentation Date: January 29, 2020

# Agenda



"I suppose you're all wondering why I've called you here. Oh, wait, there's an agenda. Never mind."

# Agenda

I. Recap from November 2019 Public Meeting
II. Fantastic Caverns Update
III. Brief Overview of Site History
IV. Status of On-Going Remedial Investigation Activities
V. Status of On-Going Remedial System Expansions
VI. Overview of Conceptual Site Model
VII. Data Objectives to Complete the Remedial Investigations
VIII. Path Forward to the Feasibility Study

Recap from November 2019
Public Meeting

# Key Topics from Public Meeting

- Domestic Well Sampling Program
  - Sampling Frequency
  - Data "Variability"

- Timeline for Final Remedial Plan

- Department of Health and Senior Services (DHSS) Public Health Consultation

# Domestic Well Sampling Program

- Total Wells in the Program = 357
- Wells with TCE Presently > MCL = 5
- Wells with Detectable TCE and/or Degradation Byproducts = 86
- Wells in the "ND Subset" = 271
- Wells Sampled in January 2020 = 99
  - Wells with Detectable TCE and/or Degradation Byproducts = 66
  - Wells in the "ND Subset" = 13

# Domestic Well Sampling Program



Fantastic Caverns Update

# Fantastic Caverns Update

- Agreements in Place
- Monthly Sampling Confirms TCE Levels in the Caverns are Below 6.0 µg/L
- Mitigations via Borehole Venting Appears to be Effective
- Fantastic Caverns has Developed a Detailed Work Scope for Q1 2020
  - Continued Sampling
  - Development of Work Plan Documents
  - Refinement of Mitigations
- Data Transmittals to MoDNR

# Geophysical Lines and Boreholes



Figure 1. Surface locations of selected ACPs and cave passages in Fantastic Caverns and Smalley Cave.



5

# Cave Features



# Recent Fantastic Caverns Data

| 8-hour Summa Canister Measurements of TCE (µg/m³) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | 3/27/19 | 4/30/19 | 5/24/19 * | 6/26/19 | 7/9/19 | 7/23/19 | 8/12/19 | 8/24/19 | 9/11/19 | 9/25/19 | 10/14/19 | 10/31/19 | 11/17/19 | December |
| Lobby | | | | | | | | | 0.0 | 0.20 | 0.0 | 0.0 | | |
| Passage Behind Underground Classroom | | | | | | | | | 0.0 | 0.0 | 0.0 | 1.5 | | |
| Auditorium Stage | | | | | | | | | 0.0 | 0.18 | 0.35 | 0.0 | | |
| Hall of Giants | | | | | | | | | 0.0 | 0.18 | 0.34 | 0.0 | | |
| Mushroom Beds | | | 4.4 | | | | | | | | | | | |
| Breakdown | | | 3.0 | | | | | | | | | | | |
| Lower Passage - Upstream | 82 | 8.5 | | 4.3 | 2.3 | 0.70 | 0.24 | 0.24 | 0.0 | 0.23 | 0.34 | LP Flow | | |
| Lower Passage - Downstream | | | | 28 | 18 | 4.2 | 1.4 | 1.7 | 1.5 | 1.0 | 12 | LP Flow | | |
| South Side of Canyon | | | | | | | | | | | | 1.2 | | |
| North Side of Sinkhole | | | | | | | | | | | | 2.0 | | |
| Mud Bank Past Projector | 0.92 | 0.28 | | 0.44 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.18 | 0.0 | 0.87 | | |
| Tour Jeep | 0.48 | 0.16 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.32 | | |
| Top of Vent Shaft V1 | | | 2.7 | | | | | | | | | | | |
| Paradise Room BH V3 | | | 17 | 2.7 | 1.4 | 0.51 | 0.22 | 0.26 | 0.0 | 0.23 | 0.35 | 60 | | |
| White's Room BH V7 | | | 9.0 | 1.7 | 2.6 | 0.31 | 0.51 | 0.61 | 0.61 | 0.53 | 0.35 | 230 | | |
| Welsh's Room BH V8 | | | 0.41 | 5.6 | 360 | 240 | 250 | 150 | 180 | 160 | 620 | 0.0 | | |
| Smalley Cave | 0.33 | 0.41 | 0.29 | | | | | | | | | | | |

Blank cells = No sample collected at that location

\* = Cave flooded limiting sampling locations and sampled while venting out of V1 only

LP Flow : When the lower passage has flow, Summa canisters normally placed in the upstream
and downstream sections of the Lower Passage are placed on the tour level on the north side of
the sinkhole and on the south side of the Canyon peering into the lower passage

| 8-hour Summa Canister Measurements of TCE (µg/m³) | | | | | |
|---|---|---|---|---|---|
| Location | 9/11/19 | 9/25/19 | 10/14/19 | 10/31/19 | 11/17/19 |
| Lobby | 0.0 | 0.20 | 0.0 | 0.0 | |
| Passage Behind Underground Classroom | 0.0 | 0.0 | 0.0 | 1.5 | |
| Auditorium Stage | 0.0 | 0.18 | 0.35 | 0.0 | |
| Hall of Giants | 0.0 | 0.18 | 0.34 | 0.0 | |
| Mushroom Beds | | | | | |
| Breakdown | | | | | |
| Lower Passage - Upstream | 0.0 | 0.23 | 0.34 | LP Flow | 0.0 |
| Lower Passage - Downstream | 1.5 | 1.0 | 12 | LP Flow | 6.1 |
| South Side of Canyon | | | | 1.2 | |
| North Side of Sinkhole | | | | 2.0 | |
| Mud Bank Past Projector | 0.0 | 0.18 | 0.0 | 0.87 | 0.0 |
| Tour Jeep | 0.0 | 0.0 | 0.0 | 0.32 | 0.0 |
| Top of Vent Shaft V1 | | | | | |
| Paradise Room BH V3 | 0.0 | 0.23 | 0.35 | 60 | 0.0 |
| White's Room BH V7 | 0.61 | 0.53 | 0.35 | 230 | 0.22 |
| Welsh's Room BH V8 | 180 | 160 | 620 | 0.0 | 240 |
| Smalley Cave | | | | | |
| | | | | | |
| | | | | | |

Brief Overview of Site History

# 1970



# 1975



# 1985





1970



1975



2019

Former Sanitary Lagoon

Former Original Acid Pits (OAP)

Former Percolation Terrace

Former A/B Lagoon

Former New Acid Pits (NAP)

Former Area Near Boring SB-19

Former Building Sub-Floor Area



Percolation Terrace
Original Acid Pits (OAP)
Sanitary Lagoon
New Wastewater Treatment System and Off-Site Disposal
A/B Lagoon
New Acid Pits (NAP)

1960    1970    1975    1980    1985    1990    1995    2000    2005    2010    2015    2020

Litton Purchase Property

Northrop Grumman Purchases Property

Manufacturing Operations cease at the site

Litton Starts Site Operations

19

# Summary of Remedial Activities

- Vadose Zone Treatment
  - Electrical Resistive Heating (ERH) at the SB-19 Area, New Acid Pits (NAP), and Old Acid Pits (OAP)
  - Excavation and Capping of Copper Impacted Soils at OAP and A/B Lagoon
  - Excavation of Copper Impacted Soils at the Former Building Sub-Floor
  - Soil Mixing and Enhanced In-Situ Bioremediation (EISB) at the OAP, Former Sanitary Lagoon, and Building Sub-Floor
- Groundwater
  - EISB at the OAP, NAP, Former Sanitary Lagoon, and Building Sub-Floor
  - Extraction and Treatment of Groundwater from the Springfield and Ozark Aquifers

# Remediation of VOCs in Soil and Groundwater



**Litton Systems**

Treatment Vessel

Water Sent to City of Springfield Wastewater Treatment Plant

Pumped Ground Water with VOCs

**Northrop Grumman**

Treatment Vessel (Carbon)

VOCs

Probes in ground heat soil with electricity

Contaminants are captured in wells

**Electrical Resistive Heating (ERH)**

**Enhanced In-Situ Bioremediation (EISB)**

**Groundwater Extraction and Treatment**

Between 1995 and 2001 Litton Systems Pumped and Treated 6 million Gallons of groundwater from 12 Springfield Aquifer Wells. Approximately **3,000 lbs** of VOCs were removed.

Litton removed **430 lbs** of VOCs from soil at the New Acid Pit (NAP) using Vacuum Extraction.

Using Electrical Resistive Heating (ERH) Northrop Grumman removed approximately **25,000 lbs** of VOCs from soil at the NAP, Original Acid Pits (OAP), and SB-19 Area.

Using enhanced In-situ Bioremediation (EISB) techniques, Northrop Grumman has removed an estimated **2,000 lbs** of VOCs from soil and groundwater at the NAP, OAP, Former Sanitary Lagoon, and former Building Areas.

Northrop Grumman has pumped and treated 25 million Gallons of Springfield Aquifer groundwater, 100 million gallons of Ozark Aquifer groundwater, and **960 lbs** of VOCs have been treated.

Groundwater Pump and Treat–Springfield and Ozark Aquifers–960 lbs of VOCs Removed *2001-2019*

Vacuum Extraction–430 lbs of VOCs Removed *1999-2001*

ERH–25,000 lbs of VOCs Removed *2006-2012*

Groundwater Pump and Treat–Springfield Aquifer–3,000 lbs of VOCs Removed *1995-2001*

EISB–2,000 lbs of VOCs Removed *2010-2019*

1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019

Status of On-Going Remedial
Investigation Activities

# Status of On-Going Remedial Investigation Activities

- Downhole Geophysics
  - Existing Monitoring Wells
  - Domestic Wells
- Installation and Testing of Ozark Monitoring Wells
- Installation and Testing of Springfield Monitoring Wells
- Sampling of Saturated Sediments in "Cutter Features" at the OAP, Former Sanitary Lagoon, and Former Building Sub-Floor Area
- 2019 Annual Groundwater Monitoring Event
- Shallow Soil Vapor Sampling and Hanger Sampling

# Downhole Geophysics



# Current Well Drilling



# Cutter Evaluations





# Soil Vapor Sampling Completed to Date



# Sampling Locations



**Sampling Location**

- ● 2018 Stantec Soil Vapor Sampling Locations
- ● March 2019 Stantec Soil Vapor Sampling Locations
- ● June / July 2019 Stantec Soil Vapor Sampling Locations



# Upcoming Work Plan for Soil Vapor and Hanger Sampling at the Airport

**TCE Concentration**

- ≤ MDL (typically 2.1 µg/m³)
- > MDL and ≤ 10 µg/m³ (includes J flags ≤ 2.1)
- > 10 and ≤ 100 µg/m³
- > 100 and ≤ 292 µg/m³
- > 292 and ≤ 1,000 µg/m³
- > 1,000 µg/m³
- Not Sampled

Status of On-Going Remedial System Expansions

# Status of On-Going Remedial System Expansions – Ozark Aquifer

- IW-01 Currently Operating – 95 to 100 gpm
- Piping Connections Complete - MWO-05 and MWO-07
- Expanded System Start-Up Scheduled for Q1 2020

## Status of On-Going Remedial System Expansions – Springfield Aquifer

- MW-129, -135, and -135 System in Operation – 12 gpm
- Updated System will have 12 Pumping Wells
  - 3 in Sub-Floor Area (New Well, MW-132, MW-133)
  - 2 at the Airport (MW-135 and MW-136)
  - 7 at the OAP (MW-129, MW-101, RW-OAP1 to RW-0AP5)
- Permitting for New Treatment Building
- System Design Updates
- Well Installations and Pump Testing
- Piping, Well Vaults, Pump Installations
- Electrical Connections
- Expanded System Start-Up Scheduled for Q2 2020

# Current System Expansions



# Treatment System Overview

**Operation and Maintenance Monthly Progress Report**
**Northrop Grumman Guidance Company, Inc.**

Formerly Litton Systems, Inc.
4811 West Kearney
Springfield, Missouri

 Stantec

**November 2019**

**OZARK REMEDIATION SYSTEM STATUS AND ACTIVITY**

| Remediation System Equipment | Air Stripper (one unit) |
|---|---|
| **Wells online this month** | IW-1 |
| **System Operation / Up-Time** (hours) | 703 |
| **Percent Up- Time this Month** | 98% |
| **Total groundwater extracted, treated, and discharged this month** (gallons) | 4,134,124 |
| **Total treated groundwater discharged to sanitary sewer system this month** (gallons) | 4,134,124 |
| **Average daily discharge of treated groundwater to sanitary sewer system** (gallons) | 137,804 |
| **Average flowrate of groundwater extracted and treated** (gallons per minute) | 95.7 |
| **Mass VOCs Removed** (pounds per month) | 1.77 |
| **Total groundwater reinjected this month** (gallons) | 0 |

**SPRINGFIELD REMEDIATION SYSTEM STATUS AND ACTIVITY**

| Remediation System Equipment | Air Stripper (one unit) |
|---|---|
| **Wells online this month** | MW-129, MW-135, MW-136 |
| **System Operation / Up-Time** (hours) | 720 |
| **Percent Up- Time this Month** | 100% |
| **Total groundwater extracted, treated, and discharged to sanitary sewer system this month** (gallons) | 501,499 |
| **Average daily discharge of treated groundwater to sanitary sewer system** (gallons) | 16,717 |
| **Average flowrate of groundwater extracted and treated** (gallons per minute) | 11.6 |
| **Mass VOCs Removed** (pounds per month) | 12.43 |



Graph 1
Cumulative VOC Mass Removed in Groundwater vs. Time
Northrop Grumman
Springfield, Mo

Conceptual Site Model (CSM) - Geology and Hydrogeology

Is this a CSM?












# Data Objective (DO) Flow Chart



# Overview of Key Site Features



Fantastic Caverns

Ritter Springs

Willard Road

Site

York and Harvey



Springfield Aquifer

Northview Shale

Ozark Aquifer

200 ft

250 ft

1500 ft

# Geology



*Attorney-Client Work Product –*
*Privileged and Confidential*

# Geology – Well IW-01



```
Log #:022630
 Top  Base  Name
   20   280  MISSISSIPPIAN SYSTEM
   20   240  OSAGEAN SERIES
   20   130  KEOKUK-BURLINGTON LS. UNDIFF
  130   195  ELSEY-REEDS SPRING UNDIFF.
  195   240  PIERSON LIMESTONE
  240   280  KINDERHOOKIAN SERIES
  240   265  NORTHVIEW SHALE
  265   280  COMPTON LIMESTONE
  280  1165  ORDOVICIAN SYSTEM
  280  1165  CANADIAN SERIES
  280   435  COTTER DOLOMITE
  435   660  JEFFERSON CITY DOLOMITE
  605   620  "QUARRY LEDGE"
  660   835  ROUBIDOUX FORMATION
  835  1165  GASCONADE DOLOMITE
  835   870  UPPER GASCONADE DOLOMITE
  870  1125  LOWER GASCONADE DOLOMITE
 1125  1165  GUNTER SANDSTONE MEMBER
 1165  1390  CAMBRIAN SYSTEM
 1165  1390  UPPER CAMBRIAN SERIES
 1165  1390  EMINENCE DOLOMITE
 1390     0  TOTAL DEPTH
```

*Attorney-Client Work Product –
Privileged and Confidential*

# Dye Study Map



# Fantastic Caverns Catchment



Approx. Fantastic/Smalley extent (toured area in red)

Fantastic Caverns Sp.

Bungie Sp.

Williams Sp.

Ritter Park Sp.

Ritter Sp. West & East

Estimated high-water catchment of Fantastic/Williams Springs (OUL 2001)

½ mile

# Ozark Aquifer Overdraft



Conceptual Site Model -
Surface Geophysical Data

# Surface Geophysics



# Phase 1 of Surface Geophysics



| Groundwater Sample Results | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Well | | RW-03 | MW-113 | RWOAP-2 | MW-K12 | *MW-K12 | MW/RW-101 | MW/RW-101 |
| Sample Date | | 12/8/16 | 12/8/16 | 3/4/17 | 12/15/16 | 12/15/16 | 12/10/16 | 12/14/16 |
| Parameters (µg/L) | Standards (µg/L) | | | | | | | |
| TCE | 5 | 0.5 | 6,200 | 570,000 | 4,800 | 48 | 410,000 | |
| cis-1,2-DCE | 70 | 0 | 9,100 | 12,000 | 6,000 | 2 | 25,000 | |
| trans-1,2-DCE | 100 | 0 | 46 | 0 | 0 | 0 | 0 | NS |
| 1,1,1 TCA | 200 | 0 | 140 | 800 J | 84 | 5 | 39,000 | |
| 1,1 DCA | 5 | 5.3 | 160 | 0 | 110 | 9 | 770 | |
| Copper mg/L | 1.3 mg/L | 0.0022 | 0.0051 | 2.8 | 0.03 | 0.059 | 45 | |

*BTEX compounds were detected in the groundwater sample collected from MW-K12 (12/15/16) at concentrations below regulatory standards.

| Groundwater MNA Sample Results | | | | | | |
|---|---|---|---|---|---|---|
| Well | | RW-03 | MW-113 | RWOAP-2 | MW-K12 | MW/RW-101 |
| Sample Date | | 12/8/16 | 12/8/16 | 2016 | 2016 | 2016 |
| Parameters | Units | | | | | |
| Ethane | µg/L | 9.7 | 4 | | | |
| Ethylene | µg/L | 0 | 19 | | | |
| Methane | µg/L | 7,600 | 12 | NS | NS | NS |
| Tot. Org. Carbon | mg/L | 7.5 | 2.6 | | | |
| Iron | mg/L | 6 | 0.5 | | | |

| Groundwater Quality Sample Results | | | | | | |
|---|---|---|---|---|---|---|
| Well | | RW-03 | MW-113 | RWOAP-2 | MW-K12 | MWRW-101 |
| Sample Date | | 12/8/16 | 12/8/16 | 2016 | 2016 | 2016 |
| Parameters | Units | | | | | |
| Temperature | °F | 53.11 | 59.59 | | 62.49 | |
| ORP | volts | -0.05 | -0.078 | | -0.12 | |
| pH | SU | 6.93 | 11.51 | NS | 6.65 | NS |
| DO | mg/L | 0.77 | 5.53 | | 0 | |
| EC | mS/cm | 0.91 | 1.36 | | 3.13 | |



# Phase 2 of Surface Geophysics



| Parameters (µg/L) | Standards (µg/L) | MW-136 4/25/18 | | | | | MW-135 4/24/18 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 115' | 131' | 153' | 167' | 194' | 114' | 124' | 156' | 171' | 204' |
| TCE | 5 | 39000 | 35000 | 35000 | 34000 | 34000 | 4300 | 4200 | 3700 | 3200 | 3200 |
| cis-1,2 DCE | 70 | 1400 | 240 | 240 | 250 | 240 | 660 | 740 | 530 | 610 | 580 |
| Vinyl Chloride | 2 | 0 | 0 | 0 | 0 | 0 | 5.7 J | 0 | | 6.6 J | 5.4 J |
| trans-1,2 DCE | 100 | 0 | 0 | 0 | 0 | 0 | 5.7 J | 8 J | 0 | 6.4 J | 5.9 J |
| 1,1,1 TCA | 200 | 730 | 140 | 140 | 150 | 130 | 89 | 110 | 81 | 120 | 120 |
| 1,1 DCA | 5 | 120 | 0 | 0 | 0 | 0 | 25 | 29 | 24 | 33 | 31 |
| 1,1-DCE | 6 | 4000 | 720 | 680 | 710 | 710 | 480 | 540 | 420 | 590 | 550 |
| 1,2-Dichloropropane | 5 | 460 | 94 | 85 | 91 | 92 | 56 | 60 | 49 | 54 | 53 |
| 1,4-Dioxane | 61 | 80 | 80 F1 | 83 | 78 | 84 | 330 | 340 | 300 | 290 | 300 |

Groundwater Sample Results

# Integrating Geophysical Data Sets



Integrated GeoTrax Survey™ and Willowstick Data

# CSM Following Phase 2 of Surface Geophysics



# Phase 3 of Surface Geophysics





# Phase 3 of Surface Geophysics



# Phase 3 of Surface Geophysics





# Phase 3 of Surface Geophysics





# Phase 3 of Surface Geophysics



# Phase 3 of Surface Geophysics





# Phase 3 of Surface Geophysics





# Phase 3 of Surface Geophysics





# Phase 3 of Surface Geophysics



# Fracture and Fault Features?



# Phase 3 of Surface Geophysics



# Summary of Surface Geophysics

- Conceptual Model of Northwest-Southeast Trending Fracture Zone appears Accurate

- Potential Northeast Trending Faults and/or Fractures also Observed in Ozark Aquifer

- Conductive Features in Burlington-Keokuk Limestone appear to Extend to the North along the Western Extent of Willard Road Assessment Area

- Conductive Features Observed Below the Northview Formation Aquitard in the Ozark Aquifer

  - On the Site
  - Along Willard Road

- Installation and Sampling of Wells in Key Areas is Needed to Better Understand what the Conductive Features Represent

Conceptual Site Model - Downhole Geophysics

## Downhole Geophysics – Ozark Aquifer (MWO-01, -02, -05, -07, and -08)

- Heat Pulse, Electromagnetics (EM), Temperature, Conductivity
- MWO-01 and -02 are 1,500 ft deep
- MWO-07 and -0-8 are 900 ft deep
- Zones of "inflow" and "outflow" observed
- Flow from 300 to 400 FT BGS is Minimal
- Flow from 400 to 650 FT BGS is "Average"
- Strongest Inflow observed in Roubidoux and Upper Glasconade – 650 to 850 FT BGS

Conceptual Site Model –
VOCs in Springfield Rock Fractures

# VOCs in Springfield Rock Fractures at the OAP (µg/L)

| | RWOAP-1 | RWOAP-2 | MW-101 |
|---|---|---|---|
| "Screen" Interval (FT BGS) | (28-75) | (48-70) | (21-59) |
| TCE | 930,000 | 350,000 | 320,000 |
| 1,1,1-TCA | 2,100 | 2,200 | 26,000 |
| cis-1,2-DCE | 13,000 | 27,000 | 9,300 |
| trans-1,2-DCE | < 1,000 | < 1,000 | < 1,000 |
| 1,1-DCE | 47,000 | 18,000 | 13,000 |
| vinyl chloride | 490 | < 500 | < 500 |
| 1,4-dioxane | 30,000 | 5,400 | 7,600 |

Wells are Screened in Burlington-Keokuk Limestone

Much Higher Concentrations of Constituents than Currently Pumped at MW-129



LEGEND
● REFUSAL INJECTION LOCATION
● BEDROCK ELECTRODE INJECTION LOCATION
● BORING LOCATION (2019)
--- CUTTER TREND
--- APPROXIMATE PIT LOCATION
--- APPROXIMATE EXTENT OF ERH TREATMENT
--- INVESTIGATION AREA BOUNDARY

| BEDROCK TOPOGRAPHY | | |
|---|---|---|
| MINIMUM DEPTH | MAXIMUM DEPTH | COLOR |
| 0' bgs | 5' bgs | |
| 5' bgs | 10' bgs | |
| 10' bgs | 15' bgs | |
| 15' bgs | 20' bgs | |
| 20' bgs | 25' bgs | |
| 25' bgs | 30' bgs | |
| 30' bgs | 35' bgs | |
| 35' bgs | 40' bgs | |
| 40' bgs | 45' bgs | |
| 45' bgs | 50' bgs | |
| 50' bgs | 55' bgs | |
| 55' bgs | 60' bgs | |
| 60' bgs | 65' bgs | |
| 65' bgs | 70' bgs | |
| 70' bgs | 75' bgs | |
| 75' bgs | 80' bgs | |
| 80' bgs | 85' bgs | |

0    40    80
APPROXIMATE SCALE IN FEET

**Stantec**

1340 Treat Boulevard, Suite 525
Walnut Creek, CA 94597
PHONE (925) 941-1400    FAX (925) 941-1401

FOR:
NORTHROP GRUMMAN GUIDANCE &
ELECTRONICS COMPANY, INC.
FORMER LITTON SYSTEMS, INC.
4811 WEST KEARNEY
SPRINGFIELD, MO 65803

DEPTH TO BEDROCK SURFACE
ORIGINAL ACID PIT AREA

FIGURE:
**2**

| JOB NUMBER: 193.706895.260 | DRAWN BY: RBR | CHECKED BY: BES | APPROVED BY: BES | DATE: 10/25/19 |

70

# MW-113



**GeoTrax Survey™ SPR-40 (12/01/2018)**

·

Electrode 1 — Electrode 56

MW-113
6/14/04
(~1' SE)

CD-01
Nov 2018
(on line)

### Groundwater Sample Results

| Well | | RW-03 | MW-113 | RWOAP-2 | MW-K12 | *MW-K12 | MW/RW-101 | MW/RW-101 |
|---|---|---|---|---|---|---|---|---|
| Sample Date | | 12/8/16 | 12/8/16 | 3/4/17 | 12/15/15 | 12/15/16 | 12/10/16 | 12/14/16 |
| Parameters (µg/L) | Standards (µg/L) | | | | | | | |
| TCE | 5 | 0.5 | 6,200 | 570,000 | 4,800 | 48 | 410,000 | |
| cis-1,2-DCE | 70 | 0 | 9,100 | 12,000 | 6,000 | 2 | 25,000 | NS |
| trans-1,2-DCE | 100 | 0 | 46 | 0 | 0 | 0 | 0 | |
| 1,1,1 TCA | 200 | 0 | 140 | 800 J | 84 | 5 | 39,000 | |
| 1,1 DCA | 5 | 5.3 | 160 | 0 | 110 | 9 | 770 | |
| Copper mg/L | 1.3 mg/L | 0.0022 | 0.0051 | 2.8 | 0.03 | 0.059 | 45 | |

*BTEX compounds were detected in the groundwater sample collected from MW-K12 (12/15/16) at concentrations below regulatory standards.

### Groundwater MNA Sample Results

| Well | | RW-03 | MW-113 | RWOAP- | MW-K12 | MW/RW- |
|---|---|---|---|---|---|---|
| Sample Date | | 12/8/16 | 12/8/16 | 2016 | 2016 | 2016 |
| Parameters | Units | | | | | |
| Ethane | µg/L | 9.7 | 4 | | | |
| Ethylene | µg/L | 0 | 19 | | | |
| Methane | µg/L | 7,600 | 12 | NS | NS | NS |
| Tot. Org. Carbon | mg/L | 7.5 | 2.6 | | | |
| Iron | mg/L | 6 | 0.5 | | | |

### Groundwater Quality Sample Results

| Well | | RW-03 | MW-113 | RWOAP-2 | MW-K12 | MWRW-101 |
|---|---|---|---|---|---|---|
| Sample Date | | 12/8/16 | 12/8/16 | 2016 | 2016 | 2016 |
| Parameters | Units | | | | | |
| Temperature | °F | 53.11 | 59.59 | | 62.49 | |
| ORP | volts | -0.05 | -0.078 | | -0.12 | |
| pH | SU | 6.93 | 11.51 | NS | 6.65 | NS |
| DO | mg/L | 0.77 | 5.53 | | 0 | |
| EC | mS/cm | 0.91 | 1.36 | | 3.13 | |





# Interim Actions

**On-Site**

- Unsaturated Zone Source Mass
- Saturated Zone Source Mass
- Groundwater — ? — ? — ? — ?

**Off-Site**

- VOCs in Saturated "Cutter" Clays
- VOCs in Fractured Rock
- Shallow "Transient" Water
- Springfield Aquifer ?
- Ozark Aquifer

**ERH, Soil Mixing, Excavation**

**Remedial Technology Screening and Pilot Testing**

- Low-Yield Micro-Fractures
- Higher Yield Macro-Fractures and Karst

**EISB, Low Yield Pumping Wells at the OAP**

**EISB, Pumping Wells at the OAP and Sub-Floor**

Cotter and Jefferson City Formations (300 – 650 FT BGS) – "Domestic Yield Zone"

Roubidoux Formation (650 - 850 FT BGS) – "High Yield Zone"

Gunter Sandstone Formation (1,100 to 1,150 FT BGS) – "High Yield Zone"

**On-Site Pumping**

- Domestic Treatment Systems
- Soil Vapor
- Domestic Wells
- Fantastic Cavern
- Springs
- Vapor Extraction

73

# Let's "Paws" and Recap the Things We Already Know



# What We Know

## Groundwater and Springs

- TCE is present on the Site in the Springfield and Ozark aquifers
- TCE is present on the airport in the Springfield and Ozark aquifers
- TCE is present in domestic wells to the North, East, and South of the site
- TCE is present in springs to the North and East of the site

# What We Know

## **Site Operations**

- TCE was discharged at the OAP, Sanitary Lagoon, NAP, and Sub-Floor Areas

- VOCs remain in saturated clays and fractured bedrock
  - OAP and Sub-Floor

# What We Know

**Geology and Hydrology**

- Shallow limestone geology at the site and surrounding areas is characterized by karst dissolution features (upper 100 feet bgs)

- Tracer tests indicate rapid groundwater movement from the Site to springs to the north (Fantastic Caverns) and east (Ritter Springs)

- Faults off-set geologic units and have pronounced but undefined hydraulic affects

- The Ozark aquifer is over-drafted and there is a downward gradient from the Springfield aquifer

## What We Know

**Geology and Hydrology**

- Faulting may have "broken" the aquitard at undefined locations

- Drilling and surface geophysics data indicate likely Northwest and Northeast trending fracture/fault features on the Site and surrounding areas

- There is a "regional" east-west series of fault structures that create a "horst and graben" geologic fabric

**What We Know**

## Soil Vapor

- TCE is present in soil vapor to the west of the Site

- TCE is present in soil vapor and "cave air" at Fantastic Caverns

- Shallow soil vapor sampling on a "regional scale" suggests clay overburden provides a "blanket" against potential for indoor air vapor intrusion

# What We Know

**Investigation Tools**

- Surface geophysics (resistivity) can be used to map both karst and fractured bedrock "flow zones" to depth of at least 700 feet bgs

- Downhole geophysics can identify zones of preferential groundwater flow under both static and dynamic conditions

- Drilling is costly and open boreholes have limitations for data collection

# What We Know

**<u>Groundwater</u>**

- There are many groundwater "flow zones" in the Ozark aquifer – Fracture Flow

- Groundwater flows into and out of the borehole in wells screened across multiple flow zones

- Most domestic wells are screened in the upper 400 to 500 feet bgs – Jefferson City Formation

- Very productive groundwater flow zones are present on the Site in the Roubidoux and Upper Glasconade Formations – 600 to 850 feet bgs

- TCE is present in the groundwater on the Site in the Roubidoux Formation

# What We Know

- It is technically infeasible to hydraulically capture contaminant mass in the karst system under dynamic flow conditions

Data Objectives (DOs) - Developing a Final Remedy



"We usually do our long-range planning
at the last minute."

# DO Flow Chart



# Data Objectives

Impacts to Domestic Wells

1. How is TCE getting from the Site to Domestic Wells:
   a) East of the Site near Ritter Springs?
   b) North of the Site near Fantastic Caverns?
   c) South of the Site (York and Harvey Wells)?

# Data Objectives

Springs

2.How is TCE getting in Springs:
    a)East of the Site at Ritter Springs?
    b)North of the Site near Fantastic Caverns?

# Data Objectives

Caverns

3.How is TCE getting into the Caverns in the Vapor Phase?

# Data Objectives

On-Site Source Mass

4. With Regards to TCE and other Constituents of
   Concern (COC) on the Site:

   a) What is the Nature and Extent of Source Mass
      in Saturated Clays and Bedrock Fractures?

   b) What is the Feasibility of Further Reducing
      Source Mass through Active Remediation?

# Data Objectives

Off-Site Soil Vapor and Indoor Air

5. With Regards to VOCs in Soil Vapor to the West of the Site on the Airport Property:

   a) What is the Nature and Extent of VOCs in Soil Vapor?

   b) Are there Concentrations of VOCs in the Indoor Air of Hangers?

# Data Objectives

Hydraulics

6. Is it Feasible to Provide Hydraulic Capture of Groundwater in the Springfield and Ozark Aquifers on and in Immediate Proximity to the Site?

# DO Flow Chart









# List of 2020 Activities

- Groundwater Monitoring
- Treatment System OMM
- Treatment System Expansions
- Downhole Geophysics
- Surface Geophysics
- Well Installations and Testing
- On-Site Source Area Evaluations
- Caverns "Support"

