UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DON YORK, BEVERLY YORK, JACOB STRADLING, ALISHA YORK-STRADLING, JACK HARVEY, and JUDY HARVEY, individually and on behalf all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHROP GRUMMAN GUIDANCE AND ELECTRONICS COMPANY INC. and NORTHROP GRUMMAN CORPORATION, <br><br> Defendants. | Court File No.: 6:21-cv-03251-BP |

### MOTION TO WITHDRAW PAUL A. LESKO AS COUNSEL

COMES NOW, Plaintiffs' counsel Brandon M. Wise, and respectfully requests that this Court grant this Motion to Withdraw Paul A. Lesko as counsel for Plaintiffs, and on behalf of all others similarly situated. In support of this Motion to Withdraw Paul A. Lesko as Counsel, the undersigned state as follows:

1. Attorney Paul A. Lesko has departed Peiffer Wolf Carr Kane Conway & Wise, LLP.

2. Attorney Brandon M. Wise will remain as counsel in this matter.

3. No party will be prejudiced by the withdrawal of Paul A. Lesko.

**WHEREFORE**, Attorney Brandon M. Wise respectfully requests that this Motion to Withdraw Paul A. Lesko as counsel be granted and Paul A. Lesko be formally withdrawn as counsel for Plaintiffs.

Dated: March 6, 2023	Respectfully Submitted:

By: ___*/s/ Brandon M. Wise*___
Brandon M. Wise – MO # 67242
Paul A. Lesko – MO # 51914
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
818 Lafayette Ave., Floor 2
St. Louis, Missouri 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com

COUNSEL FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2023, I electronically filed a true and accurate copy of the foregoing with the Court's E-Filing System, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

<u>/s/ Brandon M. Wise</u>