# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

DON YORK, *et al.*,

       Plaintiffs,

vs.

NORTHROP GRUMMAN GUIDANCE AND ELECTRONICS COMPANY, INC., *et al.*,

       Defendants.

Case No. 6:21-cv-03251-BP

## CLERK'S ORDER OF DISMISSAL

On the 18th day of May 2023, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiffs' complaint is hereby dismissed with prejudice against Defendants Northrop Grumman Guidance and Electronics Company, Inc., Northrop Grumman Mission Systems and Northrop Grumman Corporation. Each party to bear its own costs and attorneys' fees.

          AT THE DIRECTION OF THE COURT

          Paige Wymore-Wynn, Clerk of Court
           **/s/ Shauna Murphy-Carr**
           Deputy Clerk

Date: May 19, 2023